JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHEARY JEROME LYNCH,<br><br>    Petitioner,<br><br>    v.<br><br>MARION SPEARMAN, Warden,<br><br>    Respondent. | Case No. ED CV 17-1045-PA (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 19, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE